UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIJUANA LASHAWN RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1936-B |
| | § | |
| WALMART STORES TEXAS, LLC., | § | |
| WALMART, INC. d/b/a WAL-MART | § | |
| NEIGHBORHOOD MARKET#2976, | § | |
| WALMART REAL ESTATE | § | |
| BUSINESS TRUST, WALMART | § | |
| STORES, INC., JOHN DOE, | § | |
| individually, and SANDRA | § | |
| CANTU, individually, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On August 31, 2022, Defendant Wal-Mart Stores Texas, LLC ("Wal-Mart") removed this case, alleging improper joinder of Sandra Cantu ("Cantu"), a non-diverse defendant. Doc. 1, Notice of Removal 2. Wal-Mart requested that "this Court . . . dismiss and/or disregard Cantu as a party to this lawsuit[,] because "there is no reasonable possibility that the Plaintiff in the instant matter can recover from . . . Cantu[.]" *Id.* at 8. The Court ordered Plaintiff Tijuana Lashawn Richardson ("Richardson") to respond to Wal-Mart's improper joinder argument on September 2, 2022. Doc. 4, Order. Richardson's deadline to respond was September 16, 2022. *Id*. This deadline passed, and Richardson did not file a response. The Court then ordered Richardson to show cause for her failure to respond on September 20, 2022. Doc. 5, Order.

Richardson responded to the Order to Show Cause on September 26, 2022. *See* Doc. 6, Resp.

- 1 -

The Response stated that Richardson's "counsel determined that Defendant's position was legally correct and that the proceedings should go forward in federal court with the improperly joined Defendant severed from the action." *Id.* at 1–2. Because Richardson has conceded the issue of whether she can recover from Cantu (*see id.* at 2), the Court determines that Cantu should be dismissed from this lawsuit.

Accordingly, the Court **ORDERS** that Defendant Sandra Cantu be dismissed from this case.

**SO ORDERED.**

**SIGNED: September 29, 2022.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE